Matthew Bradford, Esq. (196798)
Robinson Bradford LLP
3255 W. March Lane, Ste 230
Stockton, CA 95219
(209) 954-9001
Fax (209) 954-9091

Attorney for Plaintiff
TINA PEREZ


GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
JOHANNA R. CARNEY, Bar No. 277946
jcarney@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendant
BAKER DISTRIBUTING COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PEREZ, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>BAKER DISTRIBUTING COMPANY, LLC and DOES 1-10, inclusive.,<br><br>            Defendant. | Case No.  2:11-cv-03370-TLN-AC<br><br>**JOINT STIPULATION  AND ORDER RE DISPOSITIVE MOTION DEADLINE**<br><br>The Honorable Troy L. Nunley<br><br>Action Filed: October 11, 2011<br>Trial Date: October 22, 2013 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT STIPULATION AND ORDER RE DISPOSITIVE
MOTION DEADLINE

Plaintiff Tina Perez ("Plaintiff") and Defendant Baker Distributing Company, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Parties wish to engage in mediation and wish to continue the dispositive motion deadlines until after mediation;

**WHEREAS**, the current case scheduling order (before reassignment to Judge Nunley) set a May 20, 2013, motion hearing deadline.

**THEREFORE**, the Parties hereby stipulate and agree as follows:

The deadline for filing all dispositive motions in this case shall be continued until May 31, 2013, or at such later time as the Court may set in a new case scheduling order.

**IT IS SO STIPULATED.**

Dated: April 19, 2013

/s/ Johanna Carney
GREGORY ISKANDER
JOHANNA CARNEY
LITTLER MENDELSON
Attorney for Defendant
BAKER DISTRIBUTING COMPANY, LLC

Dated: April 19, 2013

/s/ Matthew Bradford (as authorized via e-mail on 4/19/13)
MATTHEW BRADFORD
Attorney for Plaintiff
TINA PEREZ

## ORDER

Upon the Stipulation of the Parties, and good cause appearing, it is ORDERED as follows:

The deadline for filing all dispositive motions in this case shall be continued until May 31, 2013, or at such later time as the Court may set in a new case scheduling order.

DATED: April 23, 2013

Troy L. Nunley
United States District Judge

JOINT STIPULATION AND ORDER RE DISPOSITIVE MOTION DEADLINE    2.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468